| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| ODELL JONES, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:10-CV-70 |
| § | |
| UP DEVERAUX, ET AL., § | |
| § | |
| Defendants. § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Odell Jones, Jr., an inmate formerly confined at the U.S. Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this *Bivens*-type[1] action against defendants UP Deveraux, UP Handley, Lt. R. Johnson, and Officer Cooper.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.[2] The Magistrate Judge recommends plaintiff's motion for entry of default judgment be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

---

[1] *See Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

[2] This case was originally referred to the Honorable Earl S. Hines on February 4, 2010. However, the case was reassigned to the Honorable Zack Hawthorn on August 4, 2011.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.

SIGNED at Beaumont, Texas, this 15th day of September, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE